IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x   Chapter 11
In re:                                                     :
                                                           :   Case No. 08-10141 (MFW)
BUFFETS HOLDINGS, INC.,                                    :
a Delaware corporation, et al.,[1]                         :   Jointly Administered
                                                           :
       Debtors.                                            :
                                                           :   Dkt. Ref. No. 529
                                                           :
---------------------------------------------------------- x

### DEBTORS-APPELLEES' COUNTERDESIGNATION
### OF RECORD ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), respectfully submit this Counterdesignation of Record on Appeal in response to the Appellants' Designation of Items to be Included in Record and Statement of Issues to be Presented [D.I. 529] (the "Designation") filed by the Objecting Utilities (as defined in the Designation) on or about March 20, 2008.

The following items are designated from the docket of the United States Bankruptcy Court for the District of Delaware in the above-captioned cases to be added to the record on appeal:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets Holdings, Inc. (4018); Buffets, Inc. (2294); HomeTown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing Co. (7610); Buffets Leasing Company, LLC (8138); Ryan's Restaurant Group, Inc. (7895); Buffets Franchise Holdings, LLC (8749); Tahoe Joe's, Inc. (7129); HomeTown Leasing Company, LLC (8142); OCB Leasing Company, LLC (8147); Big R Procurement Company, LLC (5198); Ryan's Restaurant Leasing Company, LLC (7405); Fire Mountain Restaurants, LLC (8003); Ryan's Restaurant Management Group, LLC (6739): Tahoe Joe's Leasing Company, LLC (8145); Fire Mountain Leasing Company, LLC (7452); Fire Mountain Management Group, LLC (7299). The address for all of the Debtors is 1460 Buffet Way, Eagan, MN 55121.

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 01/22/2008 | 3 | *Declaration of A. Keith Wall in Support of Chapter 11 Petitions and First Day Motions* |
| 03/25/2008 | 554 | *Order Establishing the Amount of Adequate Assurance of Payment to be Provided to Delmarva Power & Light Company, Atlantic City Electric Company, Potomac Electric Power Company, Florida Power and Light Company, Sacramento Municipal Utility District and Gexa Energy.* |
| Not yet docketed | | Transcript of Hearing held on March 13, 2008 before the Honorable Mary F. Walrath |

Dated: Wilmington, Delaware
March 27, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley

Pauline K. Morgan (No. 3650)
Joel A. Waite (No. 2925)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession