IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BUFFETS HOLDINGS, INC., *et al.* | ) | Case No.: 08-10141 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| ALABAMA POWER COMPANY, | ) | |
| | ) | |
| Appellant, | ) | Case No.: 1:08-CV-00188-UNA |
| | ) | |
| v. | ) | |
| | ) | |
| BUFFETS HOLDINGS, INC., *et al.* | ) | |
| | ) | |
| Appellees. | ) | |

## STIPULATION OF DISMISSAL

WHEREAS, on March 7, 2008, Alabama Power Company ("APCO") filed a notice of appeal of the Final Order Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment issued by the United States Bankruptcy Court for the District of Delaware; and

WHEREAS, the issues on appeal have been resolved and APCO has agreed to dismiss the above-styled appeal with prejudice.

NOW THEREFORE, the parties hereby stipulate, by and through undersigned counsel, that the appeal in Case No. 1-08-cv-00188-UNA shall be dismissed with prejudice, with each party to bear its own costs and attorney fees.

DB02:6907951.1                                                                                                    066585.1001

Dated: June 30, 2008

*signature*
Eric T. Ray (admitted *pro hac vice*)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3457
Facsimile: (205) 488-5845

- and -

William A. Hazeltine (No. 3294)
SULLIVAN HAZELTINE ALLINSON LLC
4 East Eighth Street
Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

*Counsel to Alabama Power Company*

*signature*
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
YOUNG CONAWAY STARGETT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors*


IT IS SO ORDERED this ____ day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 30th day of June 2008, I caused a copy of the within *Stipulation of Dismissal* to be served upon the parties on the listed below via U.S. Mail, First Class, Postage Pre-Paid.

Joseph M. Barry, Esq.  
Ryan M. Bartley, Esq.  
Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE  19899-0391  

William Douglas White  
McCarthy & White PLLC  
8180 Greensboro Drive, Suite 875  
McLean, VA  22102  

Michael P. Morton, Esq.  
Michael Morton, P.A.  
1203 North Orange Street  
Wilmington, DE  19801  

Under penalty of perjury, I declare that the foregoing is true and correct.

June 30, 2008  
Date

/s/ William A. Hazeltine  
William A. Hazeltine