# BB

**BALCH & BINGHAM** LLP

Alabama • Georgia • Mississippi • Washington, DC

Eric T. Ray
(205) 226-3457

Attorneys and Counselors
1901 Sixth Avenue North, Suite 1500
P.O. Box 306 (35201-0306)
Birmingham, Alabama 35203-4642
(205) 251-8100
(205) 226-8799 Fax
www.balch.com

(205) 488-5845 (direct fax)
eray@balch.com

July 15, 2008

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 North King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

> Re:  ***In re: Buffets Holdings, Inc., et al.***
> **Appeals from Bankruptcy Court Order**
> **Case No. 1:08-cv-00187-SLR**
> **Case No. 1:08-cv-00188-SLR**

Dear Judge Robinson:

On June 30, 2008, Alabama Power Company ("APCO"), Appellant in Case No. 1:08-cv-00187-SLR ("Case No. 187"), incorrectly filed the Stipulation of Dismissal attached hereto as **Exhibit "A"** in Case No. 1:08-cv-00188-SLR ("Case No. 188"). To correct this error, immediately prior to the filing of this correspondence, APCO filed a corrected Stipulation of Dismissal in Case No. 187, a copy of which is attached hereto as **Exhibit "B"**. The incorrect Stipulation of Dismissal attached hereto as **Exhibit "A"**, which was not intended by the parties to have any effect in Case No. 188, is hereby withdrawn.

APCO will take any such further action the Court may require to correct the error described herein.

With best regards, I remain

Sincerely yours,

Eric T. Ray

ETR:cm
cc:    William A. Hazeltine, Esq.
       Pauline K. Morgan, Esq.
       Joseph M. Barry, Esq.
       Ryan M. Bartley, Esq.
       Michael P. Morton, Esq.
       William D. White, Esq.

# Exhibit "A"

Case 1:08-cv-00188-SLR    Document 6-2    Filed 07/15/2008    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BUFFETS HOLDINGS, INC., *et al.* | ) | Case No.: 08-10141 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| ALABAMA POWER COMPANY, | ) | |
| | ) | |
| Appellant, | ) | Case No.: 1:08-CV-00188-UNA |
| | ) | |
| v. | ) | |
| | ) | |
| BUFFETS HOLDINGS, INC., *et al.* | ) | |
| | ) | |
| Appellees. | ) | |

### STIPULATION OF DISMISSAL

WHEREAS, on March 7, 2008, Alabama Power Company ("APCO") filed a notice of appeal of the Final Order Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment issued by the United States Bankruptcy Court for the District of Delaware; and

WHEREAS, the issues on appeal have been resolved and APCO has agreed to dismiss the above-styled appeal with prejudice.

NOW THEREFORE, the parties hereby stipulate, by and through undersigned counsel, that the appeal in Case No. 1-08-cv-00188-UNA shall be dismissed with prejudice, with each party to bear its own costs and attorney fees.

DB02:6907951.1                                          066585.1001

Docket No. __5___
Date __6/30/2008__

Dated: June 30, 2008

_____
Eric T. Ray (admitted *pro hac vice*)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3457
Facsimile:  (205) 488-5845

*- and -*

William A. Hazeltine (No. 3294)
SULLIVAN HAZELTINE ALLINSON LLC
4 East Eighth Street
Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191
Facsimile:  (302) 428-8195

*Counsel to Alabama Power Company*

_____
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
YOUNG CONAWAY STARGETT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Debtors*

IT IS SO ORDERED this ____ day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 30ᵗʰ day of June 2008, I caused a copy of the within *Stipulation of Dismissal* to be served upon the parties on the listed below via U.S. Mail, First Class, Postage Pre-Paid.

Joseph M. Barry, Esq.  
Ryan M. Bartley, Esq.  
Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building  
1000 West Street, 17ᵗʰ Floor  
P.O. Box 391  
Wilmington, DE  19899-0391

William Douglas White  
McCarthy & White PLLC  
8180 Greensboro Drive, Suite 875  
McLean, VA  22102

Michael P. Morton, Esq.  
Michael Morton, P.A.  
1203 North Orange Street  
Wilmington, DE  19801

Under penalty of perjury, I declare that the foregoing is true and correct.

*June 30, 2008*  
Date

/s/ *William A. Hazeltine*  
William A. Hazeltine

Exhibit "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BUFFETS HOLDINGS, INC., *et al.* | ) | Case No.: 08-10141 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| ALABAMA POWER COMPANY, | ) | |
| | ) | |
| Appellant, | ) | Case No.: 1:08-CV-00187-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| BUFFETS HOLDINGS, INC., *et al.* | ) | |
| | ) | |
| Appellees. | ) | |

## STIPULATION OF DISMISSAL

WHEREAS, on March 7, 2008, Alabama Power Company ("APCO") filed a notice of appeal of the Final Order Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment issued by the United States Bankruptcy Court for the District of Delaware; and

WHEREAS, the issues on appeal have been resolved and APCO has agreed to dismiss the above-styled appeal with prejudice.

NOW THEREFORE, the parties hereby stipulate, by and through undersigned counsel, that the appeal in Case No. 1-08-cv-00187-SLR shall be dismissed with prejudice, with each party to bear its own costs and attorney fees.

Dated: June 30, 2008

_____
Eric T. Ray (admitted *pro hac vice*)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3457
Facsimile: (205) 488-5845

*- and –*

William A. Hazeltine (No. 3294)
SULLIVAN HAZELTINE ALLINSON LLC
4 East Eighth Street
Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

*Counsel to Alabama Power Company*

_____
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
YOUNG CONAWAY STARGETT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors*

IT IS SO ORDERED this _____ day of July, 2008.


_____
UNITED STATES DISTRICT JUDGE

DB02:6907951.1                                                                                      066585.1001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed and served upon the following

by U.S. Mail, properly addressed and postage prepaid, on the _15th_ day of July, 2008:

Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
YOUNG CONAWAY STARGETT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware  19899-0391

_____
OF COUNSEL

983136.1