**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BUFFETS HOLDINGS, INC.,<br>a Delaware corporation, et al.,<br><br>                  Debtors. | Chapter 11<br>Jointly Administered<br><br>Case No 08-10141 |
| Delmarva Power & Light Company, Potomac Electric Power Company, Atlantic City Electric Company, Florida Power & Light Company, and Sacramento Municipal Utilities District,<br><br>                  Appellants,<br><br>v.<br><br>Buffet Holdings, Inc.,<br><br>                  Appellees. | Case No. 1:08-cv-00188-SLR |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1 REGARDING
MOTION FOR RELIEF FROM ORDER OF MEDIATION AND FOR EXPEDITED
CONSIDERATION OF APPEAL**

Counsel for Appellants, Delmarva Power & Light Company, Potomac Electric Power Company (together Pepco Holdings Inc. or "PHI"), Florida Power & Light Company ("FPL") and Sacramento Municipal Utility District, states that a reasonable effort has been made to reach agreement with the opposing party on appellants' request to be excused from mediation and, in the event the Court denies appellants' request to be excused from mediation, to permit the party

appellants to participate in the scheduled mediation telephonically rather than in person.

                                                        Respectfully submitted,

                                                        <u>/s/William Douglas White</u>
William Douglas White
Kevin R. McCarthy
MCCARTHY & WHITE, PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia 22102
Tel: (703) 770-9265

                                                        <u>/s/Michael P. Morton</u>
Michael P. Morton
Michael P. Morton P.A.
1209 North Orange
Wilmington DE
(302) 426-1313
Attorneys for Delmarva Power & Light Company, Potomac Electric Power Company, Atlantic City Electric Company, Florida Power & Light Company, and Sacramento Municipal Utilities District