UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BUFFETS HOLDINGS, INC.,<br>a Delaware corporation, et al.,<br>                      Debtors. | Chapter 11<br>Jointly Administered<br>Case No 08-10141 |
| Delmarva Power & Light Company, Potomac Electric Power Company, Atlantic City Electric Company, Florida Power & Light Company, and Sacramento Municipal Utilities District,<br>                      Appellants,<br>v.<br>Buffet Holdings, Inc.,<br>                      Appellees. | Case No. 1:08-cv-00188-SLR |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William Douglas White to represent Delmarva Power & Light Company, Potomac Electric Power Company, Atlantic City Electric Company, Florida Power & Light Company, and Sacramento Municipal Utilities District in this matter.

Signed:         /s/ Michael P. Morton, P.A. #2492
              Michael P. Morton
              Michael P. Morton P.A.
              1209 North Orange
              Wilmington DE
              (302) 426-1313
              Attorneys for Delmarva Power & Light Company, Potomac Electric Power Company, Atlantic City Electric Company, Florida Power & Light Company, and Sacramento Municipal Utilities District

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Signed this 25th day of July, 2008.

/s/William Douglas White
William Douglas White
MCCARTHY & WHITE, PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia 22102
Tel: (703) 770-9265