# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

Kevin F. Brady
Partner
TEL  (302) 888-6257
FAX  (302) 255-4257
EMAIL  kbrady@cblh.com
REPLY TO  Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

August 14, 2008

Elizabeth Dinan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re:    Appeal:  In Re:  Buffets Holdings, Inc., et al
            Case No. 1:08-cv-00188-UNA

Dear Ms. Dinan:

    On August 13, 2008, I conducted a mediation in the above-referenced appeal from the Bankruptcy Court, with counsel and representatives of Pepco Holdings, Delmarva Power, Florida Power & Light, Buffets Holdings, Atlantic City Electric Company and Sacramento Municipal Utility District in attendance. The mediation did not result in a resolution of the issues pending in the above-referenced appeal, so this case is ready to proceed to the briefing schedule set by the Court.

                                      Very truly yours,

                                      Kevin F. Brady

KFB/gm
Enclosure
cc:    Joseph M. Barry, Esquire
        William Douglas White, Esquire
        Michael P. Morton, Esquire
        William D. Sullivan, Esquire

629192_1