## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BUFFETS HOLDINGS, INC.,<br>a Delaware corporation, et al.,<br><br>                    Debtors. | Chapter 11<br>Jointly Administered<br><br>Case No 08-10141 |
| Delmarva Power & Light Company, Potomac Electric Power Company, Atlantic City Electric Company, Florida Power & Light Company, and Sacramento Municipal Utilities District,<br><br>                    Appellants,<br><br>v.<br><br>Buffet Holdings, Inc.,<br><br>                    Appellees. | Case No. 1:08-cv-00188-SLR |

### APPELLANTS' RESPONSE TO APPELLEES' MOTION TO MODIFY BRIEFING SCHEDULE

Appellants, Delmarva Power & Light Company, Potomac Electric Power Company (together Pepco Holdings Inc. or "PHI"), Florida Power & Light Company ("FPL") and Sacramento Municipal Utility District respond to the Appellees' Motion as follows. Based on counsel's request of August 25th, 2008, Appellants' counsel advised that Appellants would not object to a request by Appellees for a revised schedule of briefing provided that the revision did not delay the Court's consideration of the merits at the scheduled oral argument on September 25, 2008. Appellants do not object to the dates proposed in Appellees' Motion if the Court is able under such a schedule to maintain the current date set for oral argument.

Respectfully submitted,

/s/William Douglas White
William Douglas White
Kevin R. McCarthy
MCCARTHY & WHITE, PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia 22102
Tel: (703) 770-9265


/s/Michael P. Morton
Michael P. Morton
Michael P. Morton P.A.
1209 North Orange
Wilmington DE
(302) 426-1313
Attorneys for Delmarva Power & Light Company, Potomac Electric Power Company, Atlantic City Electric Company, Florida Power & Light Company, and Sacramento Municipal Utilities District